

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2014

No. 04-14-00777-CV

Cynthia **BAEZA**,
Appellant

v.

Floyd and Helen **ZAHN**,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 13-07-0622-CVA
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Appellant seeks to appeal a summary judgment order signed on October 1, 2014. Appellees have filed an objection to appellant's notice of appeal stating that the summary judgment order is interlocutory because it does not dispose of appellees' pending counterclaims, and there is no severance order. Appellees attached a copy of their counterclaim petition filed in the trial court. A summary judgment that does not dispose of all parties and causes of action is not final and appealable. *See City of Beaumont v. Guillory*, 751 S.W.2d 491, 492 (Tex. 1988); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 200 (Tex. 2001).

It is therefore ORDERED that appellant show cause in writing **within fifteen (15) days** from the date of this order why this appeal should not be dismissed for lack of jurisdiction.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court